# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CR-341-RJC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**TIMOTHY STINSON,** )<br>)<br>**Defendant.** )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To File Attachments Under Seal" (Document No. 43) filed July 29, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Attachment 1, Attachment 2, and Attachment 3 to the United States' Response in Opposition to Defendant's Motion for Compassionate Release contain sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To File Attachments Under Seal" (Document No. 43) is **GRANTED**, and Attachment 1, Attachment 2, and Attachment 3 to the United States' Response in Opposition to Defendant's Motion for Compassionate Release (Document No. 42) are sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Christopher.Hess@usdoj.gov).

**SO ORDERED**.

Signed: July 31, 2020

_____
David C. Keesler
United States Magistrate Judge